| | |
|---|---|
| 1 | **Bruce A. Neilson #096952** |
|   | **7108 N. Fresno St. #410** |
| 2 | **Fresno, California  93720** |
|   | **Telephone (559) 432-9831** |
| 3 | **Facsimile (559) 432-1837** |
| 4 | **Attorney for Defendants** |
|   | Calvin L. Carpenter and Kim Louise |
| 5 | Agrella, Co-Trustees; MQM Pizza, Inc.; |
|   | Bert Scheidt and Janet Stephany dba Salon |
| 6 | S&S; Richard Lu, Zhen Wang, Jia Xia Lu, |
| 7 | Phuna Lu, and Rudy Phu Gia Lu dba Little |
|   | Peking Restaurant |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| JOSE ESCOBEDO, | CASE NO. 1:15-cv-01145 -LJO-GSA |
| Plaintiff, | SECOND STIPULATION FOR EXTENSION OF TIME AND ORDER FOR CALVIN L. |
| vs. | CARPENTER, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED |
| CALVIN L. CARPENTER, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; KIM LOUISE AGRELLA, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; MQM PIZZA, INC. dba PACIFICA PIZZA; BERT SCHEIDT dba SALON S & S; JANET STEPHANY dba SALON S & S; RICHARD LU dba LITTLE PEKING RESTAURANT; ZHEN WANG dba LITTLE PEKING RESTAURANT; JIA XIA LU dba LITTLE PEKING RESTAURANT; PHUNA LU dba LITTLE PEKING RESTAURANT; RUDY PHU GIA LU dba LITTLE PEKING RESTAURANT, | UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; KIM LOUISE AGRELLA, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; MQM PIZZA, INC. dba PACIFICA PIZZA; BERT SCHEIDT dba SALON S & S; JANET STEPHANY dba SALON S & S; RICHARD LU dba LITTLE PEKING RESTAURANT; ZHEN WANG dba LITTLE PEKING RESTAURANT; JIA XIA LU dba LITTLE PEKING RESTAURANT; PHUNA LU dba LITTLE PEKING RESTAURANT; AND RUDY PHU GIA LU dba LITTLE PEKING RESTAURANT, TO RESPOND TO COMPLAINT |
| Defendants. | |

WHEREAS:

1.  Plaintiff JOSE ESCOBEDO filed his complaint in this action on July 23, 2015.

2.  This is the second request for an extension of time for CALVIN L. CARPENTER, Co-

1. Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; KIM LOUISE AGRELLA, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; MQM PIZZA, INC. dba PACIFICA PIZZA; BERT SCHEIDT dba SALON S & S; JANET STEPHANY dba SALON S & S; RICHARD LU dba LITTLE PEKING RESTAURANT; ZHEN WANG dba LITTLE PEKING RESTAURANT; JIA XIA LU dba LITTLE PEKING RESTAURANT; PHUNA LU dba LITTLE PEKING RESTAURANT; and RUDY PHU GIA LU dba LITTLE PEKING RESTAURANT ("Defendants"). A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendants are in settlement negotiations at this time.

4. Defendants have obtained an exterior CASp inspection, but time is needed for completion of all interior reports and for all parties to review the reports before a proposed plan of remediation and settlement can be agreed upon.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until October 16, 2015, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff JOSE ESCOBEDO through his attorneys, hereby stipulate and agree that the time for CALVIN L. CARPENTER, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; KIM LOUISE AGRELLA, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended; MQM PIZZA, INC. dba PACIFICA PIZZA; BERT SCHEIDT dba SALON S & S; JANET STEPHANY dba SALON S & S; RICHARD LU dba LITTLE PEKING RESTAURANT; ZHEN WANG dba LITTLE PEKING RESTAURANT; JIA XIA LU dba

LITTLE PEKING RESTAURANT; PHUNA LU dba LITTLE PEKING RESTAURANT; and RUDY PHU GIA LU dba LITTLE PEKING RESTAURANT to answer or otherwise respond to the Complaint shall be extended up to and including October 16, 2015, pending court approval.

**IT IS SO STIPULATED.**

                                      MOORE LAW FIRM, PC

Dated: September 16, 2015          /s/Tanya Moore
                                      Tanya Moore, Attorney for Plaintiff Jose Escobedo

Dated: September 16, 2015          /s/Bruce A. Neilson
                                      Bruce A. Neilson, Attorney for Defendants Calvin L. Carpenter and Kim Louise Agrella, Co-Trustees; MQM Pizza, Inc.; Bert Scheidt and Janet Stephany dba Salon S&S; Richard Lu, Zhen Wang, Jia Xia Lu, Phuna Lu, and Rudy Phu Gia Lu dba Little Peking Restaurant

**ORDER**

Based on the above stipulation, the Court grants Defendants an extension of time to respond to the Complaint. Defendants shall file any responsive pleadings to the Complaint on or before October 16, 2015.

IT IS SO ORDERED.

Dated:   **September 18, 2015**          **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE