1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No. 1:15-cv-01145-LJO-EPG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| CALVIN L. CARPENTER, Co-Trustee of the SURVIVOR'S TRUST ESTABLISHED UNDER THE CARPENTER FAMILY TRUST, dated July 20, 1989, as amended, et al., | |
| Defendants. | |

1 WHEREAS, no Defendant has filed an answer or motion for summary judgment;

2 WHEREAS, Plaintiff and Defendants have settled the matter;

3 WHEREAS, no counterclaim has been filed;

4 Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 27, 2015                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff
                                          Jose Escobedo


**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**

**Dated: October 27, 2015**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**